UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSE RAUL DURAN, JR., | CASE NO. SA CV 11-1066-JVS (PJW) |
| Petitioner, | |
| v. | JUDGMENT |
| L.S. MCEWEN, | |
| Respondent. | |

Pursuant to the Order Dismissing Petition Without Prejudice,

IT IS HEREBY ADJUDGED that the Petition is denied and the action is dismissed without prejudice.

DATED: July 29, 2011.

JAMES V. SELNA
UNITED STATES DISTRICT JUDGE

C:\Temp\notesE1EF34\MJ - Duran v. McEwen - Judgment.wpd